UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JAMES CLICK, individually and on behalf of all others similarly situated,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC | **Case No. 1:22-cv-01422-SDG**<br>FLSA Collective Action<br><br>Judge Steven D. Grimberg |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff James Click gives notice of the voluntary dismissal of this lawsuit without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not answered or filed a motion for summary judgment. This dismissal therefore takes effect upon its filing, without further action of the Court. FED. R. CIV. P. 41(a)(1)(A). This dismissal is without prejudice. *See* FED. R. CIV. P. 41(a)(1)(B).

Respectfully submitted,

By: */s/ Matthew S. Parmet*
 _____
**Matthew S. Parmet**
TX Bar # 24069719
(*admitted pro hac vice*)
**PARMET PC**
3 Riverway, Ste. 1910
Houston, TX 77056
phone 713 999 5228
matt@parmet.law

By: _____
/s/ Jeremy Stephens
**Jeremy Stephens, Esq.**
Georgia Bar No. 702063
**MORGAN & MORGAN, P.A.**
191 Peachtree Street NE, Suite 4200
Atlanta, GA 30303
Telephone:   (404) 965-1682
Facsimile:    (470) 639-6866
Email:          jstephens@forthepeople.com

**Andrew R. Frisch, Esq.**
Georgia Bar No. 366105
**MORGAN & MORGAN, P.A.**
8151 Peters Rd., Ste. 4000
Plantation, FL 33324
Telephone:   (954) WORKERS
Facsimile:    (954) 327-3013
Email:          afrisch@forthepeople.com

**C. Ryan Morgan, Esq.**
Georgia Bar No. 711884
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., 16th Floor
PO Box 4979
Orlando, FL 32802-4979
Telephone:   (407) 420-1414
Facsimile:    (407) 867-4791
Email:          rmorgan@forthepeople.com

**Attorneys for Plaintiff**