## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JAMES CLICK, individually and on behalf of all others similarly situated,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC | **Case No. 1:22-cv-01422-SDG**<br>FLSA Collective Action<br><br>Judge Steven D. Grimberg |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Came on to be considered Plaintiff James Click's notice of voluntary dismissal without prejudice. Having reviewed the notice, the Court orders this case be DISMISSED WITHOUT PREJUDICE, with each party to bear its own fees and costs.

<u>May 10, 2022</u>
      Date

_____
Steven D. Grimberg
United States District Judge